THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNESTO VIBAR,

    Plaintiff,                                      CASE NO. 11-cv-02291-EAK-EAJ

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ERNESTO VIBAR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                    RESPECTFULLY SUBMITTED,

                                                    By:  /s/ Shireen Hormozdi
                                                        Shireen Hormozdi
                                                        Krohn & Moss, Ltd
                                                        10474 Santa Monica Blvd., Suite 401
                                                        Los Angeles, CA 90025
                                                        Phone:  (323) 988-2400 ext. 267
                                                        Fax:     (866) 802-0021
                                                        Attorney for Plaintiff
                                                        FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to Robert Handley, counsel for defendant, by way of electronic mail at rhandley@v-k-i.com.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
