THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNESTO VIBAR,

    Plaintiff,                              CASE NO. 11-cv-02291-EAK-EAJ

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## **VOLUNTARY DISMISSAL**

    ERNESTO VIBAR (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VALENTINE & KEBARTAS, INC. (Defendant), in this case.

                                            RESPECTFULLY SUBMITTED,

                                     By:  /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Krohn & Moss, Ltd
                                         10474 Santa Monica Blvd., Suite 401
                                         Los Angeles, CA 90025
                                         Phone:  (323) 988-2400 ext. 267
                                         Fax:    (866) 802-0021
                                         Attorney for Plaintiff
                                         FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2012, the foregoing Notice of Settlement was electronically filed with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to Robert Handley, counsel for defendant, by way of electronic mail at rhandley@v-k-i.com.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
